1   Peter Goldstein [SBN 6992]
    PETER GOLDSTEIN LAW CORP
2   peter@petergoldsteinlaw.com
3   10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
4   Telephone:    (702) 474-6400
    Facsimile:    (888) 400-8799
5
6   *Attorney for Plaintiffs*
    *SONIA ESPARZA, an individual*
7   *and as special administrator of the Estate of*
    *FERNANDO MARTINEZ, JR.*
8

9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF NEVADA**
11

12  SONIA ESPARZA, individually, and as        Case No.: 2:23-cv-02161 GMN-MDC
    SPECIAL ADMINISTRATOR of the Estate
13  of FERNANDO MARTINEZ, JR.,                  **STIPULATION AND PROPOSED**
                                                **ORDER REGARDING EXTENDING**
14                   Plaintiffs,                **THE TIME FOR PLAINTIFF TO FILE**
                                                **HER OPPOSITION TO WELLPATH**
15  v.                                          **LLC 'S MOTION TO DISMISS**
                                                **PLAINTIFF'S FIRST AMENDED**
16  WELLPATH, LLC F/K/A CORRECT                 **COMPLAINT PURSUANT TO FRCP**
    CARE SOLUTIONS, LLC; LAS VEGAS              **12 (b)(6)**
17  METROPOLITAN
    POLICE DEPARTMENT,
18  and DOES 1 through 10, inclusive,
19
    FERNANDO MARTINEZ SANTOS
20  Nominal Defendant.
21
                     Defendants.
22  _____

23      Plaintiff Sonia Esparza and Defendants Wellpath, LLC f/k/a Correct Care Solutions,

24  LLC and Las Vegas Metropolitan Police Department hereby stipulate and agree as follows.

25      The parties agree on the following facts for purposes of this stipulation and order:

26      Wherefore, the parties stipulate and agree as follows:

27          1.  On May 9, 2024, Defendant, Wellpath LLC filed a Motion to Dismiss Plaintiff's

28              First Amended Complaint Pursuant to FRCP 12 (b)(6).

                              Page 1 of 3

2. The Opposition deadline for their Motion is May 23, 2024.

3. Local Rule IA 6-1 governs the parties' Stipulation requesting an extension of these briefing deadlines.  Plaintiff's counsel is requesting this extension because he is engaged in numerous other cases that have pending deadlines for discovery and trial, one of which he is co-counsel, Childress v LVMPD set for trial on June 17, 2024, a joint pretrial order on another federal court case and a preplanned trip to Chicago next week.

4. The parties stipulate and agree that good cause exists to extend the deadlines for Plaintiff's opposition to the Defendant Wellpath, LLC's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to FRCP 12 (b)(6).

5. For these reasons, the parties respectfully request that the Court extend the briefing deadlines as follows: Plaintiff's Opposition to Defendant WELLPATH, LLC's motion to dismiss will become due on **June 6, 2024**.

6. The parties stipulate and agree that this extension will not create an unnecessary delay to resolution of this case.  The extension will ensure that the parties can prepare adequate briefs for the Court to make a ruling on the merits.

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: ___May 17, 2024___

PETER GOLDSTEIN LAW CORP

*/s/ Peter Goldstein*
Peter Goldstein, Esq. (Bar No. 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Plaintiffs*

HALL & EVANS, LLC

*/s/ Yuliya Brady*
Adam R. Knecht, Esq. (Bar No. 13166)
Yuliya Brady, Esq. (Bar No. 14699)
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant Wellpath, LLC*