**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kkillpack@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA ESPARZA, individually and as Special Administrator of the Estate of FERNANDO MARTINEZ JR., <br><br>Plaintiffs, <br><br>vs. <br><br>WELLPATH, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF KEVIN MCMAHILL; DEPUTY CHIEF FRED HAAS; DOES 1-20, <br><br>Defendants, <br><br>FERNANDO MARTINEZ SANTOS <br><br>Nominal Defendant. | Case Number: 2:23-cv-02161-JCM-VCF <br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br>**(FIRST REQUEST)** |

Plaintiffs, Sonia Esparza, individually, and as Special Administrator for the Estate of Fernando Martinez, Jr. ("Plaintiffs"), by and through their counsel of record, Peter Goldstein Esq., of Peter Goldstein Law Corp. and Defendant, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), by and through their counsel of record, Craig R. Anderson, Esq. and Kaden P. Killpack, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following:

1.     LVMPD filed its Motion for to Dismiss Plaintiffs' First Amended Complaint on April 25, 2024 [ECF No. 17];

MAC:14687-486 5477754_1

2. Plaintiffs' Opposition to LVMPD's Motion to Dismiss Plaintiffs' First Amended Complaint was filed on May 9, 2024 [ECF No. 22];

3. LVMPD is unable to meet the deadline of May 16, 2024 currently scheduled for LVMPD's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint;

4. The Parties have agreed to a two-week extension for LVMPD's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint;

5. Accordingly, the deadline for LVMPD's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, currently due on May 16, 2024, be extended to and including Thursday, May 30, 2024;

6. This is the Parties' first request to extend the deadline to LVMPD's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 15th day of May, 2024
PETER GOLDSTEIN LAW CORP

By:   /s/ Peter Goldstein
    Peter Goldstein, Esq.
    Nevada Bar No. 6992
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    Attorneys for Plaintiffs
    Sonia Esparza, individually, and as
    Special Administrator for the Estate
    of Fernando Martinez, Jr.

Dated this 15th day of May, 2024
MARQUIS AURBACH

By:   /s/ Kaden P. Killpack
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Kaden P. Killpack, Esq.
    Nevada Bar no. 16560
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant LVMPD

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 21, 2024