**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kkillpack@maclaw.com
  Attorneys for Defendant LVMPD

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA ESPARZA, individually and as Special Administrator of the Estate of FERNANDO MARTINEZ JR., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLPATH, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF KEVIN MCMAHILL; DEPUTY CHIEF FRED HAAS; DOES 1-20, <br><br> Defendants, <br><br> FERNANDO MARTINEZ SANTOS <br><br> Nominal Defendant. | Case Number: 2:23-cv-02161-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANTS SHERIFF KEVIN MCMAHILL AND FRED HAAS'S RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs, Sonia Esparza, individually, and as Special Administrator for the Estate of Fernando Martinez, Jr. ("Plaintiffs"), by and through their counsel of record, Peter Goldstein Esq., of Peter Goldstein Law Corp. and Defendants, Sheriff Kevin McMahill and Fred Haas's ("Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Kaden P. Killpack, Esq., of Marquis Aurbach, hereby agree and jointly stipulate to the following:

1.      Defendants Sheriff Kevin McMahill and Fred Haas were served with the First Amended Complaint on May 29, 2024 [ECF No. 33];

MAC:14687-486 5515555_1

1    2.    Defendants Sheriff Kevin McMahill and Fred Haas' response to Plaintiffs'

2  First Amended Complaint is due June 20, 2024;

3    3.    Defendants Sheriff Kevin McMahill and Fred Haas are unable to meet the

4  deadline of June 20, 2024 to file a response to Plaintiffs' First Amended Complaint;

5    4.    The Parties have agreed to a two-week extension for Defendants Sheriff

6  Kevin McMahill and Fred Haas to respond to Plaintiffs' First Amended Complaint;

7    5.    Accordingly, the deadline for Defendants Sheriff Kevin McMahill and Fred

8  Haas' response to Plaintiffs' First Amended Complaint, currently due on June 20, 2024, be

9  extended to and include Friday, July 5, 2024;

10    6.    This is the Parties' first request to extend the deadline for Defendants Sheriff

11  Kevin McMahill and Fred Haas' response to Plaintiffs' First Amended Complaint; and

12    7.    This Stipulation is being entered in good faith and not for purposes of delay.

13    IT IS SO STIPULATED.

14  Dated this 20th day of June, 2024          Dated this 20th day of June, 2024

15  PETER GOLDSTEIN LAW CORP          MARQUIS AURBACH

16  By:    /s/ Peter Goldstein                     By:    /s/ Kaden P. Killpack
      Peter Goldstein, Esq.                            Craig R. Anderson, Esq.
17      Nevada Bar No. 6992                            Nevada Bar No. 6882
      10161 Park Run Drive, Suite 150          Kaden P. Killpack, Esq.
18      Las Vegas, Nevada 89145                    Nevada Bar no. 16560
      Attorneys for Plaintiffs                        10001 Park Run Drive
19                                                       Las Vegas, Nevada 89145
20                                                       Attorneys for Defendants LVMPD,
                                                       McMahill and Haas

21

22                          **ORDER**

23    The above Stipulation is hereby GRANTED.

24    IT IS SO ORDERED:

25

26    _____
      UNITED STATES MAGISTRATE JUDGE

27

28    DATED:    6-21-24

          Page 2 of 2

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816