**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
kkillpack@maclaw.com
Attorneys for Defendant LVMPD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SONIA ESPARZA, individually and as Special Administrator of the Estate of FERNANDO MARTINEZ JR.,

Plaintiffs,

vs.

WELLPATH, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SHERIFF KEVIN MCMAHILL; DEPUTY CHIEF FRED HAAS; DOES 1-20,

Defendants,

FERNANDO MARTINEZ SANTOS

Nominal Defendant.

Case Number: 2:23-cv-02161-GMN-MDC

**STIPULATION AND ORDER TO EXTEND DEFENDANTS SHERIFF KEVIN MCMAHILL AND FRED HAAS'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**

Plaintiffs, Sonia Esparza, individually, and as Special Administrator for the Estate of Fernando Martinez, Jr. ("Plaintiffs"), by and through their counsel of record, Peter Goldstein Esq., of Peter Goldstein Law Corp. and Defendants, Sheriff Kevin McMahill and Fred Haas's ("Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Kaden P. Killpack, Esq., of Marquis Aurbach, hereby agree and jointly stipulate to the following:

1. Defendants Sheriff Kevin McMahill and Fred Haas filed their Motion to Dismiss Plaintiffs' First Amended Complaint on July 5, 2024 [ECF No. 43];

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. Plaintiffs' Opposition to Defendants Sheriff Kevin McMahill and Fred Haas's Motion to Dismiss Plaintiffs' First Amended Complaint was filed on July 19, 2024 [ECF No. 44];

3. LVMPD is unable to meet the deadline of July 26, 2024 currently scheduled for Defendants Sheriff Kevin McMahill and Fred Haas's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint;

4. The Parties have agreed to a two-week extension for Defendants Sheriff Kevin McMahill and Fred Haas's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint;

5. Accordingly, the deadline for Defendants Sheriff Kevin McMahill and Fred Haas's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, currently due on July 26, 2024, be extended to and including Friday, August 9, 2024;

6. This is the Parties' first request to extend the deadline to Defendants Sheriff Kevin McMahill and Fred Haas's Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 22nd day of July, 2024

PETER GOLDSTEIN LAW CORP

By: */s/ Peter Goldstein*
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

Dated this 22nd day of July, 2024

MARQUIS AURBACH

By: */s/ Kaden P. Killpack*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kaden P. Killpack, Esq.
Nevada Bar no. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, McMahill and Haas

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: July 22, 2024

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816