**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SONIA ESPARZA,

                Plaintiff,

vs.

LVMPD, *et al.*,

                Defendants.

Case No.: 2:23-cv-02161-GMN-MDC

**ORDER GRANTING MOTION TO DISMISS**

      Pending before the Court is the Motion to Dismiss, (ECF No. 81), filed by Defendant Wellpath LLC.  Plaintiff Sonia Esparza filed a Response, (ECF No. 82), and Wellpath filed a Reply, (ECF No. 85).  Wellpath seeks an order dismissing with prejudice all claims against Wellpath based on the discharge of claims including in Wellpath's bankruptcy Reorganization Plan. (Mot. Dismiss 1:26–2:1).  Wellpath explains that the Plan provides that all claims against the Debtor (Wellpath) are discharged as a result of the Plan becoming effective. (*Id.* ¶ 9).  The Plan further provides that holders of claims against Wellpath or non-Debtor defendants (Wellpath's current and former officers and employees) are enjoined from further prosecution of, or collection efforts again the Debtor or non-Debtor defendants, unless the plaintiff opted out of the third-party release in the bankruptcy court. (*Id.* ¶ 11).  Here, Plaintiff represents that she properly opted out of the third-party release, (*Id.* ¶ 12), so the parties only dispute whether Wellpath should be dismissed. (Resp. 4:11–14).  Plaintiff explains that she seeks to name Wellpath and the liquidating trust as nominal defendants to liquidate her claims and potentially collect from a collateral source like an insurance policy. (*Id.*).  She further contends that Wellpath is a necessary party because it should be required to participate in discovery to the extent necessary for Plaintiff to establish Wellpath's liability. (*Id.* 4:18–22).

1
2
3
4
5
6
7
8
9

The Bankruptcy Court has explained that plaintiffs in cases like these "can proceed in [their] lawsuit against anyone other than the Debtor," and can "name the liquidating trust as the nominal party for insurance purposes." (Omnibus Hr'g Tr. 5:4–5:9, Ex. 1 to Resp., ECF No. 82-1).  It has further clarified that Wellpath is not required to participate in discovery as a party but is still subject to discovery requests as a third party. (*Id.* 7:8–20).  Based on these statements from the Bankruptcy Court, the Court GRANTS Wellpath's Motion to Dismiss and dismisses all claims brought against Wellpath with prejudice.  The Court will grant Plaintiff leave to amend her Complaint for the limited purpose of naming the Liquidating Trust as a nominal party in Wellpath's place.

10
Accordingly,

11
12
13
14

**IT IS HEREBY ORDERED** that Defendant Wellpath LLC's Motion to Dismiss, (ECF No. 81), is **GRANTED.**  All claims against Wellpath LLC are dismissed with prejudice. Plaintiff is granted leave to amend her Complaint to name the Liquidating Trust as a nominal defendant.

15
**DATED** this __13__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT