Paul A. Cardinale, SBN 8394
Melanie B. Chapman, SBN 6223
**MEDICAL DEFENSE LAW GROUP**
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-1914
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

Attorneys for Defendants
LARRY WILLIAMSON, JESSICA ARABSKI, RICHARD MEDRANO, VIVEK SHAH, KESHA POLAND, RACHEL CLARK, KYLE MARTINEAU, EARL SALVIEJO, ULYANA BILOSKURSKA, AND AMY KATHRYN ANAPOLSKY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SONIA ESPARZA, individually, and as Special Administrator of the Estate of FERNANDO MARTINEZ JR.,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; KEVIN MCMAHILL; FRED HAAS; BRIAN FUCILE; SCOTT ZAVSZA; LEAH ANDERSON; ALYSSA WILLIAMS; JULIAN ABRAM; DOUGLAS THRASHER; LARRY WILLIAMSON; CATHERINE RYAN; JESSICA ARABSKI; RICHARD MEDRANO; VIVEK SHAH; COLE CASEY; KESHA POLAND; MARIA HOPKINS; RACHEL CLARK; KYLE MARTINEAU; EARL SALVIEJO; ULYANA BILOSKURSKA; AMY KATHRYN ANAPOLSKY; and DOES 1-10,

Defendants,

WELLPATH LIQUIDATING TRUST; FERNANDO MARTINEZ SANTOS,

Nominal Defendants.

CASE NO.: 2:23-CV-02161-GMN-MDC

**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF VIVEK SHAH WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties as listed below and/or their respective counsel as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared stipulate to the dismissal of all pending claims against Defendant VIVEK SHAH, only, resulting in a dismissal of said defendant from this action, with prejudice.

2. This stipulation does not affect any claims against any other defendant to this action.

**IT IS SO STIPULATED.**

DATED this 4th day of October, 2026.

*/s/ Melanie Bernstein Chapman*
Melanie Bernstein Chapman, Esq.
Nevada Bar No.: 6223
**MEDICAL DEFENSE LAW GROUP**
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Telephone: (702) 342-1914
*Attorney for Defendants Larry Williamson;; Jessica Arabski; Richard Medrano; Vivek Shah; Kesha Poland; Rachel Clark; Kyle Martineau; Earl Salviejo; Ulyana Biloskurska; Amy Kathryn Anapolsky*

DATED this 4th day of October, 2026

*/s/ Kaden P. Killpack*
Craig R. Anderson, Esq.
Kaden P. Killpack, Esq.
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorneys for Defendants LVMPD, Kevin McMahill, Fred Haas, Brian Fucile, Leah Anderson, Scott Zavsza, Alyssa Williams, Julian Abram and Douglas Thrasher*

DATED this 4th day of October, 2026

*/s/ Peter Goldstein*
Peter Goldstein, Esq.
Nevada Bar No.: 6992
**PETER GOLDSTEIN LAW CORP**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 474-6400

Andrew Kopke [pro hac vice]
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206

Grace Jun [pro hac vice]
501 West Broadway, Suite 1480
San Diego, CA 92101
*Attorneys for Plaintiff*

DATED this 3rd day of November, 2026

*/s/ Stephanie M. Zinna*
Thomas D. Dillard, Jr., Esq.
Stephanie M. Zinna, Esq.
**OLSON CANNON & GORMLEY**
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
*Attorneys for Defendant Maria Hopkins*

**ORDER**

The Court, having considered the parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Vivek Shah is dismissed, with prejudice, from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear his own costs and fees.

**IT IS SO ORDERED.**

**DATED** this 3 day of November, 2026.

________________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT